# United States District Court
## Southern District of Georgia

ORIN BRUCE LIPSEY,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:19-cv-193

PENNY HAASS FREESEMAN, et al.;

Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order dated December 4, 2019, adopting the U.S. Magistrate Judge's Report and Recommendation as the opinion of the Court, Plaintiff's Complaint is DISMISSED without prejudice.

This case stands closed.

Approved by: _____

December 11, 2019
Date

Scott L. Poff
Clerk

(By) Deputy Clerk